UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-10848-SRM-SSC | Date: January 15, 2026 |
| Title  Brandon Bruce v. City of Los Angeles, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On November 12, 2025, *pro se* Plaintiff Brandon Bruce filed a civil rights complaint against the City of Los Angeles, St. Joseph's Center, and two St. Joseph's Center employees assigned to the Inside Safe program. (ECF 1.) On December 1, 2025, the Court dismissed the complaint with leave to amend and allowed Plaintiff until January 5, 2026, to file a first amended complaint. (ECF 20.) The deadline to file the first amended complaint has passed, and the Court has not received an amended pleading or any other communication from Plaintiff.[1]

---

[1] On December 15, 2025, mail addressed to Plaintiff and containing the Court's November 13, 2025 order granting Plaintiff's request to proceed *in forma pauperis* was returned to the Court. (ECF

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:25-cv-10848-SRM-SSC            Date: January 15, 2026

Title       Brandon Bruce v. City of Los Angeles, et al.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **February 5, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-09, by **February 5, 2026**.

    If Plaintiff files a first amended complaint by **February 5, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

    **Plaintiff is cautioned that failure to file a timely response to this order, first amended complaint, or notice of voluntary dismissal will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                                                                       :

Initials of Preparer    **ts**

---

22.) As of the date of this order, no other mail addressed to Plaintiff has been returned, including the Court's December 1, 2025 screening order.