UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BRUCE,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>                    Defendants. | Case No. 2:25-cv-10848-SRM-SSC<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [24]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). No objections have been filed.

//

//

//

The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation. This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff Brandon Bruce's failure to prosecute and comply with court orders.[1] A separate judgment will be issued.

**IT IS SO ORDERED.**

DATED: March 23, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2026, the Court received returned mail that was addressed to Plaintiff. Dkt. 26. Plaintiff has not filed a notice of change of address as required under Local Rule 41-6. The Court thus finds that dismissal is further warranted for Plaintiff's failure to keep the Court apprised of his current address.

-2-