UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BRUCE, | Case No. 2:25-cv-10848-SRM-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Report and Recommendations of United States Magistrate Judge, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: March 23, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE